# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Autry Lee Jones
In Proper Person
4503 Franklin Park Drive
Austin TX 78744

## REHEARING ACTION: May 18, 2016

**Docket Number: 16   00044-CW**

**AUTRY LEE JONES**
**VERSUS**
**THE CLERK OF THE 14TH JDC**

**Writ Application from Calcasieu Parish Case No. 20006116**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. James T. Genovese**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Autry Lee Jones** has this day been

    **DENIED.**

cc: Hon. H. Lynn Jones, II, Counsel for  the Respondent